*Messrs. Wymer Dressler, Robert D. Neely, W. C. Fraser,* and *W. T. Faricy* for petitioners. *Mr. Nelson C. Pratt* for respondents.

No. 151. UNITED STATES *v.* JOLIET & CHICAGO RAILROAD Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. Silas H. Strawn, Frank H. Towner, Edward G. Ince,* and *Arthur D. Welton, Jr.* for respondent.

No. 161. STEWART, ADMINISTRATOR, *v.* SOUTHERN RAILWAY Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Charles M. Hay* and *William H. Allen* for petitioner. *Messrs. Wilder Lucas, H. O'B. Cooper, Sidney S. Alderman,* and *S. R. Prince* for respondent.

No. 179. MACGREGOR, EXECUTOR, *v.* STATE MUTUAL LIFE ASSURANCE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. William B. Giles* for petitioner. *Mr. Oscar C. Hull* for respondent.

No. 186. CITY OF TEXARKANA, TEXAS, *v.* ARKANSAS LOUISIANA GAS Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Ed B. Levee* and *Benjamin E. Carter* for petitioner. *Messrs. Henry C. Walker, Jr., William C. Fitzhugh,* and *William H. Arnold, Jr.* for respondent.